**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William T Reitz** | : | Case No. 14−70109−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 32 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 9th of April, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-70109-JAD
William T Reitz                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel           Page 1 of 2            Date Rcvd: Apr 09, 2019
                              Form ID: 309         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db         +William T Reitz,    201 Hickory Lane,    P.O. Box 137,    Lanse, PA 16849-0137
cr         +United States Of America, Irs,    700 Grant Street,    Suite 4000,    Pittsburgh, PA 15219-1956
13803185   +ACL,    P.O. Box 740631,    Cincinnati, OH 45274-0631
13803186   +AmeriGas,    5851 Route 219,    Brockway, PA 15824-4617
13803189   +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
13803190   +Clearfield Hospital,    P.O. Box 992,    Clearfield, PA 16830-0992
13803191   +Cooper Township Municipal Authority,    P.O. Box 446,    Winburne, PA 16879-0446
13803194   +First Natl Bank Of Pa,    117 S Allen St,    State College, PA 16801-4752
13803195   +Holiday Financial Services,    927 West High Street, Suite 2,    Ebensburg, PA 15931-1856
13869476    M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13803199   +Penelec, A First Energy Company,    c/o First Energy Corp,    331 Newman Springs Road, Building 3,
             Red Bank, NJ 07701-6771
13803200   +Pennsylvania Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
13803201   +Tele Media Company,    P.O. Box 39,    Bellefonte, PA 16823-0039
13803202   +William G. Satterlee and Sons, Inc.,    Attn: Jim Hall,    12475 Route 119 Highway N,
             Rochester Mills, PA 15771-6505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13803187    EDI: BANKAMER.COM Apr 10 2019 06:48:00     Bank of America,    P.O. Box 15019,
             Wilmington, DE 19886
13803188   +EDI: CAPITALONE.COM Apr 10 2019 06:48:00     Capital One Bank, N.A.,    P.O. Box 71083,
             Charlotte, NC 28272-1083
13803192   +EDI: CCS.COM Apr 10 2019 06:48:00     Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
13803193   +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 10 2019 02:59:49
             Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13803196    EDI: IRS.COM Apr 10 2019 06:48:00     Internal Revenue Service,
             Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13846733    EDI: JEFFERSONCAP.COM Apr 10 2019 06:48:00     Jefferson Capital Systems LLC,    Po Box 7999,
             Saint Cloud Mn 56302-9617
13803197    E-mail/Text: camanagement@mtb.com Apr 10 2019 02:59:15     M & T Bank,    Po Box 7678,
             Buffalo, NY 14240
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           M&T Bank
13924848*    M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13803198    ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor William T Reitz thedebterasers@aol.com
              Megan E. Farrell    on behalf of Creditor    United States Of America, Irs Megan.Farrell@usdoj.gov,
               Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Apr 09, 2019
                              Form ID: 309            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 6