**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> WILLIAM T REITZ <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:14-70109 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 02/28/2014 and confirmed on 04/03/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,685.82 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,685.82 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,860.00 | |
| Trustee Fee | 1,401.63 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,261.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK <br> Acct: 1897 | 0.00 | 23,749.68 | 0.00 | 23,749.68 |
| M & T BANK <br> Acct: 1897 | 1,384.04 | 1,384.04 | 0.00 | 1,384.04 |
| CLEARFIELD COUNTY TAX CLM BUR <br> Acct: 0119 | 1,549.43 | 297.51 | 637.06 | 934.57 |
| HOLIDAY FINANCIAL SERVICES <br> Acct: 2405 | 3,049.00 | 3,049.00 | 234.86 | 3,283.86 |
| | | | | 29,352.15 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ <br> Acct: | 3,860.00 | 3,860.00 | 0.00 | 0.00 |
| WILLIAM T REITZ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 2842 | 319.37 | 72.04 | 0.00 | 72.04 |

| 14-70109 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2842 | | | | |
| | | | | 72.04 |
| **Unsecured** | | | | |
| ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2137 | | | | |
| AMERIGAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 10,287.20 | 0.00 | 0.00 | 0.00 |
| Acct: 2230 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2896 | | | | |
| COOPER TWP MUNICIPAL AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2145 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6449 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8942 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5071 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1616 | | | | |
| PENELEC/FIRST ENERGY** | 1,111.12 | 0.00 | 0.00 | 0.00 |
| Acct: 6564 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 16DB | | | | |
| TELE MEDIA CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7645 | | | | |
| WILLIAM G SATTERLEE & SONS INC | 621.50 | 0.00 | 0.00 | 0.00 |
| Acct: 2819 | | | | |
| INTERNAL REVENUE SERVICE* | 46.81 | 0.00 | 0.00 | 0.00 |
| Acct: 2842 | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 29,424.19 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 319.37 | |
| SECURED | 5,982.47 | |
| UNSECURED | 12.066.63 | |

Date: 05/17/2019

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com